M.D. Appeal Dkt.
13 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EASTON AREA SCHOOL DISTRICT, | : | No. 530 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| RUDY MILLER AND THE EXPRESS | : | |
| TIMES, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4TH day of February, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED** to the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner is:

> Whether the Commonwealth Court erred as a matter of law in determining that the requested video, which depicts children on a school bus during the school day, is not exempt from disclosure under the Family Educational Rights and Privacy Act.